AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briccetti, Vincent L. | U.S. District Court, Southern District of New York | 08/01/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Briccetti, Calhoun & Lawrence, LLP |
| 2. | President | Primeview Associates, Inc. |
| 3. | Trustee | Trust #1 |
| 4. | Director | Fordham Law Alumni Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 4/21/2011 | As former partner of Briccetti Calhoun & Lawrence LLP, I received my share of fees collected for work done prior to my departure, until firm dissolved in 2012 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 08/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Greenwich Anesthesiology Associates, P.C. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | Feb. 4-12, 2012 | Kona, Hawaii | Bar association meeting and CLE seminar | Transportation, meals, lodging |
| 2. | New York Intellectual Property Law Association | March 23-24, 2012 | New York, NY | Annual Dinner in Honor of Federal Judiciary | Meals, lodging |
| 3. | Federal Bar Council | Sept. 21-23, 2012 | Skytop, Pennsylvania | Bar association meeting and CLE seminar | Meals, lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 08/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Dovenmuehle Mortgage Inc. | Mortgage partially on rental property | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental property #1, South Salem, NY (1993, $62,458) | D | Rent | L | R | | | | | |
| 2. | Chase Bank, various accounts | A | Interest | L | T | | | | | |
| 3. | Fidelity Growth Company Fund | A | Dividend | K | T | | | | | |
| 4. | Fidelity NY Muni MM Fund | A | Dividend | J | T | | | | | |
| 5. | NMIS General NY Muni MM Fund Class B | A | Dividend | L | T | | | | | |
| 6. | Vanguard NY LT Tax-Exempt Fund Investor | A | Dividend | J | T | | | | | |
| 7. | IRA #1 | C | Dividend | M | T | | | | | |
| 8. | - Vanguard Growth & Income Fund | | | | | | | | | |
| 9. | - Vanguard 500 Index Fund | | | | | | | | | |
| 10. | - Vanguard Windsor II Fund | | | | | | | | | |
| 11. | - Vanguard Wellington Fund | | | | | | | | | |
| 12. | IRA #2 | C | Dividend | M | T | | | | | |
| 13. | - Vanguard Growth & Income Fund | | | | | | | | | |
| 14. | - Vanguard 500 Index Fund | | | | | | | | | |
| 15. | - Vanguard Windsor II Fund | | | | | | | | | |
| 16. | - Vanguard Wellington Fund | | | | | | | | | |
| 17. | 401(K) #1 | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Funds The Growth Fund of America | | None | | | Sold | 12/21/12 | J | | |
| 19. - Wellington Management Company Mid Cap Stock Fund | | None | | | Sold | 12/21/12 | J | | |
| 20. - Franklin Templeton Investments International Value Fund | | None | | | Sold | 12/21/12 | J | | |
| 21. - American Funds EuroPacific Growth Fund | | None | | | Sold | 12/21/12 | J | | |
| 22. - American Funds American Balanced fund | | None | | | Sold | 12/21/12 | K | | |
| 23. - MFC Global Investment Mgmt. Small Cap Index Fund | | None | | | Sold | 12/21/12 | J | | |
| 24. - MFC Global Investment Mgmt. Mid Cap Index Fund | | None | | | Sold | 12/21/12 | J | | |
| 25. - PIMCO Total Return Fund | | None | | | Sold | 12/21/12 | K | | |
| 26. - PIMCO Real Return Fund | | None | | | Sold | 12/21/12 | J | | |
| 27. - Russell Investment Group Russell Balanced Fund | | None | | | Sold | 12/21/12 | N | | |
| 28. IRA #3 | A | Dividend | O | T | Buy | 12/26/12 | O | | |
| 29. - T Rowe Price Summit Cash Reserves | | | | | | | | | |
| 30. 401(K) #2 | D | Dividend | M | T | | | | | |
| 31. - Vanguard Wellington Fund | | | | | | | | | |
| 32. Northwestern Mutual Whole Life Policy | B | Dividend | L | T | | | | | |
| 33. Northwestern Variable Life Policy #1 | A | Dividend | K | T | | | | | |
| 34. - Northwestern MM | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Northwestern Balanced | | | | | | | | | |
| 36. - Northwestern Index 500 Stock | | | | | | | | | |
| 37. - Northwestern Growth Stock | | | | | | | | | |
| 38. - Northwestern Index 400 Stock | | | | | | | | | |
| 39. - Northwestern Small Cap Growth Stock | | | | | | | | | |
| 40. - Northwestern Russell Global Real Estate Securities | | | | | | | | | |
| 41. Northwestern Variable Life Policy #2 | B | Dividend | L | T | | | | | |
| 42. - Northwestern MM | | | | | | | | | |
| 43. - Northwestern Balanced | | | | | | | | | |
| 44. - Northwestern Index 500 Stock | | | | | | | | | |
| 45. - Northwestern Growth Stock | | | | | | | | | |
| 46. - Northwestern Index 400 Stock | | | | | | | | | |
| 47. - Northwestern Small Cap Growth Stock | | | | | | | | | |
| 48. - Russell Global Real Estate Securities | | | | | | | | | |
| 49. Trust #1 | C | Int./Div. | M | T | | | | | |
| 50. - DWS Global High Income Plus Fund | | | | | | | | | |
| 51. - DWS NY Tax Free Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Croton Harmon NY Union Free School Tax Ex Muni Bond | | | | | | | | | |
| 53. - Monroe Cnty NY ARPT Auth Rev Tax Ex Muni Bond | | | | | | | | | |
| 54. - NY Insured Municipal Income Trust Series No. 190 | | | | | | | | | |
| 55. - NY Insured Municipal Income Trust Series No. 160 | | | | | | | | | |
| 56. - NY Insured Municipal Income Trust Series No. 171 | | | | | | | | | |
| 57. - Edward Jones MM | | | | | | | | | |
| 58. - MetLife Investors Fixed Annuity | | | | | | | | | |
| 59. - GE Capital Retail Bank Account | | | | | Buy | 07/06/12 | J | | |
| 60. - Goldman Sachs Bank USA Account | | | | | Buy | 07/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 08/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III(A): My former law partnership, Briccetti, Calhoun & Lawrence, LLP, from which I withdrew in April 2011, was in the procees of dissolving during 2012, and did finally dissolve at the end of 2012. Although, during 2012, I received my share of fees collected for work done prior to my departure from the firm, the partnership had a net loss for the year. Therefore, since my net income did not exceed the $200 threshold, I had no reportable net income from the partnership.

Part VII, line 17: This 401(K) was entirely distributed to a direct Rollover IRA (IRA #3, Part VII, line 28).

Part VII, line 50: This asset was formerly known as DWS High Income Plus Fund. The name was changed to DWS Global High Income Plus Fund in February 2012.

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 08/01/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vincent L. Briccetti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544